**FILED**

04/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0156



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0156

TOWN OF FROMBERG,
        Plaintiff and Appellee,
    v.
LLOYD MACKENZIE and SARAH
MACKENZIE,
        Defendants, Third-Party
Plaintiffs and Appellants,
    v.
SHIRLEY MILLER, NATE CANTON,
BILL GRUEL, TIM NOTTINGHAM and
JAMES PERKINS,
        Third-Party Defendants and
Appellees.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **William Michael Gilbert,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this April 6, 2020.

Bowen Greenwood, Clerk of the Supreme Court

c:    Steven Leon Stockdale, Allison Dubs, Jeff A Weldon, Kyle A. Moen, Brian L. Taylor, Peter Melvin Damrow, William Michael Gilbert